UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PEYMAN HAGHNEJAD,

    Petitioner,

v.

FIELD OFFICE DIRECTOR,
MIAMI FIELD OFFICE et al.,

    Respondents.
_____

Case No. 3:25-cv-1143-MMH-PDB

## **ORDER**

    1.    The **clerk** must serve a copy of the petition and this order by certified mail to: (1) the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; (2) the United States Attorney for the Middle District of Florida (attention: Civil Process Clerk); (3) the Attorney General of the United States; and (4) Ronnie Woodall, North Florida Detention Center, 20706 U.S. Highway 90 West, Sanderson, Florida 32087. The United States must advance all costs of service.

    2.    The petitioner asks the court to direct the respondents to respond within 3 days. Doc. 1 at 9. For expedited relief, the petitioner must file a motion with a legal memorandum supporting that relief. *See* Local Rule 3.01(a). Barring the court granting such relief, the respondents must respond to the petition and show cause why it should not be granted within **60 days** of service on the United States Attorney.

   3. The petitioner must advise the court of the petitioner's current mailing address, including if the petitioner is released from custody. If the petitioner fails to do so, the court may dismiss the action.

   4. The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

   5. After the respondents file a response, the petitioner has **30 days** to file a reply to the response.

   **Ordered** in Jacksonville, Florida, on September 26, 2025.

Patricia D. Barksdale
United States Magistrate Judge

caw 9/25
c:
Counsel of Record